STATE OF NEW JERSEY v. JOHN S. COUNCIL.

September 19, 1974. Petition for certification denied.

WESTWOOD EDUCATION ASSOC. v. BD. OF EDUCATION.

September 19, 1974. Petition for certification denied.

HORACE E. CARVER v. INGERSOLL-RAND COMPANY.

September 19, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. PAUL L. FITZSIMMONS.

September 19, 1974. Petition for certification denied.

THERESA F. GARGALOWITZ v.
TOWNSHIP OF SPRINGFIELD.

September 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS ADAMS.

September 19, 1974. Petition for certification denied.